IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S.L.W. | : | CIVIL ACTION |
| *By and through her mother and guardian,* | : | |
| *Sherri Longacre Craig* | : | No. 25-6977 |
| | : | |
| v. | : | |
| | : | |
| RESOURCES FOR HUMAN | : | |
| DEVELOPMENT, et al. | : | |

## **ORDER**

AND NOW, this 25th day of March, 2026, upon consideration of Defendant Resources for

Human Development, Inc.'s Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (Dkt. No.

8), the briefings on the Motion, and for the reasons set forth in the accompanying Memorandum,

it is ORDERED that the Motion is GRANTED.

It is further ORDERED the instant matter is TRANSFERRED to the United States District

Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a).

The Clerk of Court is DIRECTED to close this case.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.